SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JENNIFER G. REDMOND, Cal. Bar No. 144790
jredmond@sheppardmullin.com
PAUL S. COWIE, Cal. Bar No. 250131
pcowie@sheppardmullin.com
JOHN-PAUL S. DEOL, Cal. Bar No. 284893
jdeol@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947

Attorneys for Plaintiff
META COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| META COMPANY, a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>ZHANGYI ZHONG (a.k.a. Zhangyi "Johnny" Zhong, a.k.a. Zhangyi "Kevin" Zhong), an individual, DREAMWORLD USA INC., a Delaware corporation, and DOES 1 through 20.<br><br>            Defendants. | Case No. 3:17-cv-03259-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES RE MOTION TO DISMISS** |

| | |
|---|---|
| 1 | Pursuant to Local Rule 6-2 of the Northern District of California, Defendants Zhangyi Zhong |
| 2 | and Dreamworld USA Inc. ("Defendants") and Plaintiff Meta Company ("Meta" or "Plaintiff") |
| 3 | hereby stipulate to move the hearing date and extend the briefing deadlines on Defendant's Motion |
| 4 | to Dismiss ("Motion to Dismiss") (Dkt. No. 38). |
| 5 | WHEREAS, the Parties are currently attempting to informally resolve the above-captioned |
| 6 | lawsuit and are set to begin those discussions on August 9, 2017 (Deol Decl., ¶ 2); |
| 7 | WHEREAS, the Parties wish to avoid spending additional time and effort in briefing and |
| 8 | attending a hearing on the Motion to Dismiss in the event this case can be informally resolved (Deol |
| 9 | Decl., ¶ 3); |
| 10 | WHEREAS the Motion to Dismiss is now set for hearing on August 31, 2017; |
| 11 | WHEREAS, Plaintiff's opposition to the Motion to Dismiss is currently due on August 10, |
| 12 | 2017, only one day after the Parties are set to begin meeting in an attempt to informally resolve the |
| 13 | above-captioned matter; |
| 14 | WHEREAS, Defendants' reply in support of the Motion to Dismiss is currently due on |
| 15 | August 17, 2017; |
| 16 | WHEREAS, on July 20, 2017 the Court granted an extension of the hearing dates and |
| 17 | briefing schedule on the Motion to Dismiss in Dkt. No. 47 (Deol Decl., ¶ 4); |
| 18 | WHEREAS, counsel for both Parties agree that the requested extension would not affect any |
| 19 | other deadlines in this case (Deol Decl., ¶ 5) |
| 20 | WHEREAS, counsel for both Parties agree that a further extension of the Motion to Dismiss |
| 21 | hearing and briefing schedule would be prudent; and |
| 22 | WHEREAS, Civil Local Rule 6-2(a) of the Northern District of California states, "The |
| 23 | parties may file a stipulation … requesting an order changing time that would affect the date of an |
| 24 | event or deadline already fixed by Court order, or that would accelerate or extend time frames set |
| 25 | in the Local Rules or in the Federal Rules." |
| 26 | /// |
| 27 | /// |
| 28 | /// |

NOW, THEREFORE, in consideration of the foregoing, the Parties agree and hereby stipulate that:

(1) the hearing on the Motion to Dismiss be continued to September 14, 2017;

(2) Plaintiff may file its opposition to the Motion to Dismiss by no later than August 24, 2017;

(3) Defendants may file their reply to the Motion by no later than August 31, 2017; and

(4) Plaintiff shall maintain its right to amend its Complaint without leave of Court until August 24, 2017.

**IT IS SO STIPULATED.**

Dated: July 31, 2017         Respectfully submitted,

/s/ Rick C. Chang

Rick C. Chang (SBN 209515)
rchang@foley.com
Duane H. Mathiowetz (SBN 111831)
dmathiowetz@foley.com
FOLEY & LARDNER LLP
555 California Street, #1700
San Francisco, CA 94104

Counsel for Zhangyi Zhong and
Dreamworld USA Inc.


/s/ John-Paul S. Deol

Jennifer G. Redmond (SBN 144790)
jredmond@sheppardmullin.com
Paul S. Cowie (SBN 250131)
pcowie@sheppardmullin.com
John-Paul S. Deol (SBN 284893)
jdeol@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109

Counsel for Meta Company

**[PROPOSED] ORDER**

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 8/1/17  _____
Hon.
U.S.D.

*IT IS SO ORDERED*
Judge Edward M. Chen