SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JENNIFER G. REDMOND, Cal. Bar No. 144790
jredmond@sheppardmullin.com
PAUL S. COWIE, Cal. Bar No. 250131
pcowie@sheppardmullin.com
JOHN-PAUL S. DEOL, Cal. Bar No. 284893
jdeol@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:   415.434.9100
Facsimile:    415.434.3947

Attorneys for Plaintiff
META COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| META COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZHANGYI ZHONG (a.k.a. Zhangyi "Johnny" Zhong, a.k.a. Zhangyi "Kevin" Zhong), an individual, DREAMWORLD USA INC., a Delaware corporation, and DOES 1 through 20.<br><br>Defendants. | Case No. 3:17-cv-03259-EMC<br><br>**STIPULATION AND [PR~~OPOS~~ED] ORDER TO EXTEND DEADLINES RE MOTION FOR EXPEDITED DISCOVERY AND MOTION TO DISMISS** |

SMRH:483831657.1

Case No. 3:17-cv-03259-EMC
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES RE MOTION FOR
EXPEDITED DISCOVERY AND MOTION TO DISMISS

Pursuant to Local Rule 6-2 of the Northern District of California, Defendants Zhangyi Zhong and Dreamworld USA Inc. ("Defendants") and Plaintiff Meta Company ("Meta" or "Plaintiff") hereby stipulate to move the hearing dates and extend the briefing deadlines on Plaintiff's Motion for Expedited Discovery ("Expedited Discovery Motion") (Dkt. No. 21) and Defendant's Motion to Dismiss ("Motion to Dismiss") (Dkt. No. 38).

WHEREAS, the Parties have tentatively resolved the above-captioned lawsuit (Deol Decl., ¶ 2);

WHEREAS, the Parties wish to avoid spending additional time and effort in briefing and attending a hearing on the Expedited Discovery Motion and Motion to Dismiss, given that the case has tentatively been resolved (Deol Decl., ¶ 3);

WHEREAS the Expedited Discovery Motion is set for hearing on August 24, 2017;

WHEREAS the Motion to Dismiss is set for hearing on September 14, 2017;

WHEREAS, Plaintiff's opposition to the Motion to Dismiss is currently due on August 24, 2017;

WHEREAS, Defendants' reply in support of the Motion to Dismiss is currently due on August 31, 2017;

WHEREAS, there have been two previous extensions of time while the Parties have endeavored to settle this matter (Deol Decl., ¶ 4);

WHEREAS, counsel for both Parties agree that the requested extension would not affect any other deadlines in this case (Deol Decl., ¶ 5); and

WHEREAS, Civil Local Rule 6-2(a) of the Northern District of California states, "The parties may file a stipulation … requesting an order changing time that would affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules."

NOW, THEREFORE, in consideration of the foregoing, the Parties agree and hereby stipulate that:

(1)  the hearing on the Expedited Discovery Motion be continued to October 26, 2017;

(2) the hearing on the Motion to Dismiss be continued to October 26, 2017;

(3) Plaintiff may file its opposition to the Motion to Dismiss by no later than October 5, 2017;

(4) Defendants may file their reply to the Motion by no later than October 12, 2017; and

(5) Plaintiff shall maintain its right to amend its Complaint without leave of Court until October 5, 2017.

**IT IS SO STIPULATED.**

Dated: August 21, 2017                    Respectfully submitted,

/s/ Rick C. Chang

Rick C. Chang (SBN 209515)
rchang@foley.com
Duane H. Mathiowetz (SBN 111831)
dmathiowetz@foley.com
FOLEY & LARDNER LLP
555 California Street, #1700
San Francisco, CA 94104

Counsel for Zhangyi Zhong and Dreamworld USA Inc.

/s/ John-Paul S. Deol

Jennifer G. Redmond (SBN 144790)
jredmond@sheppardmullin.com
Paul S. Cowie (SBN 250131)
pcowie@sheppardmullin.com
John-Paul S. Deol (SBN 284893)
jdeol@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109

Counsel for Meta Company

**[PROPOSED] ORDER**

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.** `(as amended on p. 1)`

Dated: 8/22/17

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: "IT IS SO ORDERED AS MODIFIED" signed Judge Edward M. Chen]*