SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JENNIFER G. REDMOND, Cal. Bar No. 144790
jredmond@sheppardmullin.com
PAUL S. COWIE, Cal. Bar No. 250131
pcowie@sheppardmullin.com
JOHN-PAUL S. DEOL, Cal. Bar No. 284893
jdeol@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947

Attorneys for Plaintiff
META COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| META COMPANY, a Delaware corporation, | Case No. 3:17-cv-03259-EMC |
| Plaintiff, | **STIPULATED REQUEST AND [PR~~OPOS~~ED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND TO EXTEND ADR DEADLINES** |
| v. | |
| ZHANGYI ZHONG (a.k.a. Zhangyi "Johnny" Zhong, a.k.a. Zhangyi "Kevin" Zhong), an individual, DREAMWORLD USA INC., a Delaware corporation, and DOES 1 through 20. | |
| Defendants. | |

Pursuant to Local Rule 6-2 of the Northern District of California, Defendants Zhangyi Zhong and Dreamworld USA Inc. ("Defendants") and Plaintiff Meta Company ("Meta" or "Plaintiff") hereby make this stipulated request that the Court continue the case management conference currently scheduled for September 14, 2017, as well as extend the deadlines for the Parties to file the ADR Certification and Stipulation to ADR Process/Notice of Need for ADR Phone Conference.

WHEREAS, the Parties have tentatively resolved the above-captioned lawsuit (Deol Decl., ¶ 2);

WHEREAS, the Parties wish to avoid burdening the Court with a case management conference while they are still working out the details of the tentative settlement (Deol Decl., ¶ 3);

WHEREAS a case management conference is currently scheduled for September 14, 2017;

WHEREAS a joint case management conference statement is due by September 7, 2017;

WHEREAS, the deadline to have filed the ADR Certification and Stipulation to ADR Process/Notice of Need for ADR Phone Conference was August 17, 2017;

WHEREAS, there have been three previous extensions of time while the Parties have endeavored to settle this matter (Deol Decl., ¶ 4);

WHEREAS, counsel for both Parties agree that the requested extension should not affect any other deadlines in this case (Deol Decl., ¶ 5); and

WHEREAS, Civil Local Rule 6-2(a) of the Northern District of California states, "The parties may file a stipulation … requesting an order changing time that would affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules."

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby stipulate and request that:

(1) the September 14, 2017 case management conference be continued to October 26, 2017;

(2) the Parties be allowed to file their joint case management conference statement by October 19, 2017; and

(3)     the Parties be allowed to file the ADR Certification and Stipulation to ADR Process/Notice of Need for ADR Phone Conference by October 5, 2017.

**IT IS SO STIPULATED.**

Dated: August 29, 2017                    Respectfully submitted,

<u>/s/ Rick C. Chang</u>

Rick C. Chang (SBN 209515)
rchang@foley.com
Duane H. Mathiowetz (SBN 111831)
dmathiowetz@foley.com
FOLEY & LARDNER LLP
555 California Street, #1700
San Francisco, CA 94104

Counsel for Zhangyi Zhong and Dreamworld USA Inc.

<u>/s/ John-Paul S. Deol</u>

Jennifer G. Redmond (SBN 144790)
jredmond@sheppardmullin.com
Paul S. Cowie (SBN 250131)
pcowie@sheppardmullin.com
John-Paul S. Deol (SBN 284893)
jdeol@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109

Counsel for Meta Company

**[PROPOSED] ORDER**

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

CMC reset for 10/26/17 at 1:30 p.m. A joint CMC Statement shall be filed by 10/19/17.

Dated: 8/31/17



_____
Hon. Edward M. Chen
U.S. District Judge